PER CURIAM.

CLOCK TOWER INN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed February 14, 1974.*

CLOCK TOWER INN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.

ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.